**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>No. C 15-04108 WHA<br>No. C 15-04112 WHA<br>No. C 15-04152 WHA<br>No. C 15-04154 WHA<br>No. C 15-04159 WHA<br>No. C 15-04160 WHA<br>No. C 15-04170 WHA<br>No. C 15-04173 WHA<br>No. C 15-04174 WHA<br>No. C 15-04175 WHA<br>No. C 15-04176 WHA<br>No. C 15-04195 WHA<br>No. C 15-04243 WHA<br>No. C 15-04244 WHA<br>No. C 15-04246 WHA<br>No. C 15-04248 WHA<br>No. C 15-04280 WHA<br>No. C 15-04287 WHA<br>No. C 15-04289 WHA<br>No. C 15-04291 WHA<br>No. C 15-04430 WHA<br>No. C 15-04441 WHA<br>No. C 15-04442 WHA<br>No. C 15-04443 WHA<br>No. C 15-05383 WHA<br>No. C 15-05384 WHA<br>No. C 15-05385 WHA<br>No. C 15-05386 WHA<br>No. C 15-05387 WHA<br>No. C 15-05388 WHA<br>No. C 15-05389 WHA<br>No. C 15-05391 WHA<br>No. C 15-05394 WHA<br>No. C 15-05395 WHA<br>No. C 15-05397 WHA<br>No. C 15-05398 WHA |

```
                                    No. C 15-05399 WHA
                                    No. C 15-05400 WHA
                                    No. C 15-05401 WHA
                                    No. C 15-05402 WHA
                                    No. C 15-05403 WHA
                                    No. C 15-05404 WHA
                                    No. C 15-05405 WHA
                                    No. C 15-05406 WHA
                                    No. C 15-05407 WHA
                                    No. C 15-05408 WHA
                                    No. C 15-05409 WHA
                                    No. C 15-05410 WHA
                                    No. C 15-05411 WHA
                                    No. C 15-05412 WHA
                                    No. C 15-05413 WHA
```

/

The case management conferences in the above-captioned matters scheduled for March 3 at 11:00 a.m. are hereby **CONTINUED** to **MARCH 10 AT 11:00 A.M.** The parties shall please submit a joint case management statement **SEVEN CALENDAR DAYS** prior to the case management conference.

Dated:   February 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2