# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                    Civil Action No. 3:15-cv-05394-WHA

JOHN DOE, subscriber assigned IP address 67.169.83.102,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 67.169.83.102. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 10, 2016

                                              Respectfully submitted,

                                              By: /s/ *Brenna E. Erlbaum*
                                              Brenna E. Erlbaum
                                              Heit Erlbaum, LLP
                                              501-I South Reino Road, #344
                                              Newbury Park, CA 91320
                                              Phone: 805-231-9798
                                              Email: brenna.erlbaum@helaw.attorney
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Brenna E. Erlbaum*
      Brenna E. Erlbaum